**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02577-CMA-KLM

CHRIS BRUNDLE,
EDDIE PETEFISH,
JOHN POYNER, and
TAD TAYLOR,

      Plaintiffs,

v.

ARCTIC OILFIELD SERVICES, LLC, a Wyoming corporation doing business in Colorado,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. # 32). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to be responsible for its own costs and attorneys' fees.

DATED: November __30__, 2010

                                    BY THE COURT:

                                    */s/ Christine M. Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge